*E-FILED: May 14, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAM J. VILLAREAL,<br><br>    Plaintiff,<br><br>  v.<br><br>AIRCOM MECHANICAL, INC.; and SCOTT GOLDBERG,<br><br>    Defendants.<br>_____/ | No. C13-00180 HRL<br><br>**ORDER TO SHOW CAUSE WHY DEFENSE COUNSEL SHOULD NOT BE SANCTIONED** |

On May 14, 2013, plaintiff appeared for the scheduled initial case management conference. Defendants did not. Nor did they submit a request to appear by telephone. Accordingly, attorney Thomas Sheridan shall appear before this court in person on **May 21, 2013, 1:30 p.m.**, Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California and show cause why he should not be sanctioned for his failure to appear at the conference. Mr. Sheridan's failure to appear in compliance with this order will be deemed ground for sanctions. The initial case management conference is continued to **May 21, 2013, 1:30 p.m.** to be held immediately following the show cause hearing.

SO ORDERED.

Dated: May 14, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:13-cv-00180-HRL Notice has been electronically mailed to:

2  Huy Ngoc Tran    huy@lacasalegal.com

3  Thomas Blaine Sheridan    tsheridan@abslawgroup.com

4  Tomas Eduardo Margain    Tomas@LaCasaLegal.com, brisa@lacasalegal.com, huy@lacasalegal.com, margainlaw@hotmail.com, oriana@lacasalegal.com

2