UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAM J. VILLAREAL,<br><br>        Plaintiff,<br><br>   v.<br><br>AIRCOM MECHANICAL, INC.; and<br>SCOTT GOLDBERG,<br><br>        Defendants. | Case No. 5:13-cv-00180 HRL<br><br>**SECOND ORDER TO SHOW CAUSE WHY DEFENSE COUNSEL SHOULD NOT BE SANCTIONED** |

On May 21, 2013, the court sanctioned defense counsel in the amount of $200, payable to the Clerk of the Court, for his failure to appear at the Initial Case Management Conference. There is no indication in the docket that counsel has paid the court-ordered sanction. Accordingly, attorney Thomas Sheridan shall appear in person before this court on February 11, 2014, 10:00 a.m., Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California and show cause why he should not be further sanctioned for his failure to comply with the court's order. If the previously ordered sanction is paid prior to the show cause hearing, the February 11 hearing will automatically be vacated and the instant show cause order will be discharged.

SO ORDERED.

Dated:  February 3, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-00180-HRL Notice has been electronically mailed to:

Huy Ngoc Tran    huy@lacasalegal.com, brisa@jawlawgroup.com, oriana@jawlawgroup.com, phung@jawlawgroup.com, tomas@jawlawgroup.com

Thomas Blaine Sheridan    tsheridan@sheridanclark.com, msheridan@sheridanclark.com

Tomas Eduardo Margain    Tomas@jawlawgroup.com, brisa@jawlawgroup.com, huy@jawlawgroup.com, margainlaw@hotmail.com, oriana@jawlawgroup.com, phung@jawlawgroup.com