UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAM J. VILLAREAL,<br><br>   Plaintiff,<br><br>  v.<br><br>AIRCOM MECHANICAL, INC.; and SCOTT GOLDBERG,<br><br>   Defendants. | Case No. 5:13-cv-00180 HRL<br><br>**ORDER DISCHARGING SECOND ORDER TO SHOW CAUSE** |

The court having received confirmation of payment of the prior court-ordered sanction, the Second Order to Show Cause order is discharged and the February 11, 2014 hearing is vacated.

SO ORDERED.

Dated: February 6, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-00180-HRL Notice has been electronically mailed to:

Huy Ngoc Tran    huy@lacasalegal.com, brisa@jawlawgroup.com, oriana@jawlawgroup.com, phung@jawlawgroup.com, tomas@jawlawgroup.com

Thomas Blaine Sheridan    tsheridan@sheridanclark.com, msheridan@sheridanclark.com

Tomas Eduardo Margain    Tomas@jawlawgroup.com, brisa@jawlawgroup.com, huy@jawlawgroup.com, margainlaw@hotmail.com, oriana@jawlawgroup.com, phung@jawlawgroup.com