UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM J. VILLAREAL,<br><br>        Plaintiff,<br><br>    v.<br><br>AIRCOM MECHANIAL, INC.; SCOTT GOLDBERG; and DANIEL MUNIER,<br><br>        Defendants. | Case No.  5:13-cv-00180 HRL<br><br>**ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND REFERRING CASE TO JUDGE COUSINS FOR A SETTLEMENT CONFERENCE** |

This court has been informed that the scheduled May 12 settlement conference was vacated due to defendants' unavailability, [1] and there is no indication that the conference has been re-set. Accordingly, the final pretrial conference scheduled for June 5, 2014 is **continued to August 12, 2014, 1:30 p.m.**[2] Additionally, the prior referral to Judge Grewal for a settlement conference is vacated. Instead, this case is referred to Judge Cousins for a settlement conference, with the conference to take place prior to the August 12 pretrial conference, subject to Judge Cousins' availability.

Dated:   May 28, 2014

                                                     HOWARD R. LLOYD
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] It is unclear to the court why defendants became unavailable for a settlement conference that had been set weeks beforehand.

[2] The parties are advised that, in any event, this court currently is unavailable for trial on the July dates they propose.

5:13-cv-00180-HRL Notice has been electronically mailed to:

Huy Ngoc Tran    huy@lacasalegal.com, brisa@jawlawgroup.com, oriana@jawlawgroup.com, phung@jawlawgroup.com, tomas@jawlawgroup.com

Thomas Blaine Sheridan    tsheridan@sheridanclark.com, msheridan@sheridanclark.com

Tomas Eduardo Margain    Tomas@jawlawgroup.com, brisa@jawlawgroup.com, huy@jawlawgroup.com, margainlaw@hotmail.com, oriana@jawlawgroup.com, phung@jawlawgroup.com

2