UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAM VILLARREAL,<br><br>        Plaintiff,<br><br>   v.<br><br>AIRCOM MECHANICAL, INC.; SCOTT GOLDBERG; and DANIEL MUNIER,<br><br>        Defendants. | Case No.  5:13-cv-00180 HRL<br><br>**ORDER SETTING DEADLINE FOR JOINT SUBMISSION OF PROPOSED JUDGMENT** |

On January 23, 2015, the court issued its Memorandum of Decision, Findings of Fact, and Conclusions of Law and directed the parties to jointly submit a proposed judgment.  For reasons unknown, they have not yet done so.  Accordingly, the parties are ordered to do so no later than March 31, 2015.

SO ORDERED.

Dated:   March 12, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-00180-HRL Notice has been electronically mailed to:

Huy Ngoc Tran     huy@jawlawgroup.com, brisa@jawlawgroup.com, oriana@jawlawgroup.com, tomas@jawlawgroup.com

Thomas Blaine Sheridan     tsheridan@sheridanclark.com, msheridan@sheridanclark.com

Tomas Eduardo Margain     Tomas@jawlawgroup.com, brisa@jawlawgroup.com, huy@jawlawgroup.com, margainlaw@hotmail.com, oriana@jawlawgroup.com, phung@jawlawgroup.com